# Affidavit of Process Server

_Michael Haldner as Trustee of Chauffeurs, Teamsters & Helpers v. Duffy Trucking LLC_                    08 CV 1372
PLAINTIFF/PETITIONER                                    DEFENDANT/RESPONDENT                CASE #

Being duly sworn, on my oath, I _Chaundel Sammarco_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Duffy Trucking LLC c/o Harry P. Stinespring III, registered Agent_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☑ _Summons & Complaint_

by serving (NAME) X _Harry P. Stinespring, III, Registered Agent_
at ☐ Home _____
☑ Business _195 N. Harbor Drive Chicago Illinois_
☐ on (DATE) _03/20/08_ at (TIME) _2:25 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☑ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading                        ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion   NOT IN OFFICE      NOT AT OFFICE

**Service Attempts:** Service was attempted on: (1) _3/14/08 9:00 AM_ (2) _3/15/08 2:00 PM_
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
☑ Male        ☑ White Skin   ☐ Black Hair   ☑ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female      ☐ Black Skin   ☐ Brown Hair   ☑ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
              ☐ Yellow Skin  ☐ Blond Hair                  ☐ 36-50 Yrs.   ☐ 5'4"-5'8"    ☑ 131-160 Lbs.
              ☐ Brown Skin   ☑ Gray Hair    ☐ Mustache     ☑ 51-65 Yrs.   ☑ 5'9"-6'0"    ☐ 161-200 Lbs.
☑ Glasses     ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this _21_ day of _March_, 20_08_

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

SERVED BY
LASALLE PROCESS SERVERS

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.