IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 1372  Judge Coar  Magistrate Judge Mason |
| Plaintiff, | | |
| v. | | |
| DUFFY TRUCKING, L.L.C., | | |
| Defendant. | | |

### NOTICE OF MOTION

TO:  Duffy Trucking, L.L.C.
c/o Harry P. Stinespring, III, Registered Agent
910 E. Oak St.
Lake In The Hills, IL  60156

PLEASE TAKE NOTICE that on Tuesday, April 22, 2008, at 9:00 a.m., or as soon thereafter as Counsel may be heard the undersigned will appear before Judge Coar in courtroom 1419 at 219 South Dearborn Street, Chicago, Illinois and present **Plaintiff's Motion For Default Judgment,** herewith served upon you.

s/ Martin P. Barr
Martin P. Barr, Attorney for Plaintiff
Carmell Charone Widmer Moss & Barr
230 West Monroe Street, Suite 1900
Chicago, Illinois 60606
(312) 236-8033
Dated:  April 14, 2008

## CERTIFICATE OF SERVICE

Martin P. Barr, an attorney, states that a copy of the foregoing Notice of Motion and **Plaintiff's Motion For Entry of Default Judgment** have been served on the following by regular mail this 14th day of April, 2008:

>Duffy Trucking, L.L.C.
>c/o Harry P. Stinespring, III, Registered Agent
>910 E. Oak St.
>Lake In The Hills, IL  60156

>s/ Martin P. Barr
>Martin P. Barr
>Attorney for Plaintiff
>Carmell Charone Widmer Moss & Barr
>230 West Monroe Street, Suite 1900
>Chicago, Illinois 60606
>(312) 236-8033
>Dated: April 14, 2008