IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND,<br><br>  Plaintiff,<br><br>v.<br><br>DUFFY TRUCKING, L.L.C.,<br><br>  Defendant. | Case No. 08 C 1372<br><br>Judge Coar<br><br>Magistrate Judge Mason |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Haffner, as trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice the complaint against Defendant, Duffy Trucking, L.L.C.

                                        Respectfully submitted,


                                        s/ Martin P. Barr
                                        Martin P. Barr, attorney for Plaintiff

CARMELL CHARONE WIDMER
  MOSS & BARR
230 West Monroe Street
Suite 1900
Chicago, Illinois 60606
(312) 236-8033

Dated:  April 21, 2008