IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>DUFFY TRUCKING, L.L.C.,<br><br>Defendant. | Case No. 08 C 1372<br><br>Judge Coar<br><br>Magistrate Judge Mason |

## NOTICE OF FILING

TO:   Duffy Trucking, L.L.C.
       c/o Harry P. Stinespring, III, Registered Agent
       910 E. Oak St.
       Lake In The Hills, IL  60156

PLEASE TAKE NOTICE that on Monday, April 21, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Notice of Voluntary Dismissal Without Prejudice**, a copy of which is attached hereto and herewith served upon you.

                                          s/ Martin P. Barr
                                          Martin P. Barr, attorney for Plaintiff

CARMELL CHARONE WIDMER
 MOSS & BARR
230 West Monroe Street
Suite 1900
Chicago, Illinois  60606
(312)  236-8033

Dated: April 21, 2008

## **CERTIFICATE OF SERVICE**

Martin P. Barr, an attorney, states that a copy of the foregoing **Notice of Voluntary Dismissal Without Prejudice** has been served on the following by regular mail this 21st day of April, 2008:

> Duffy Trucking, L.L.C.
> c/o Harry P. Stinespring, III, Registered Agent
> 910 E. Oak St.
> Lake In The Hills, IL  60156

> s/ Martin P. Barr
> Martin P. Barr, Attorney for Plaintiff
> CARMELL CHARONE WIDMER
>   MOSS & BARR
> 230 West Monroe, Suite 1900
> Chicago, Illinois 60606
> (312) 236-8033