# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1372 | **DATE** | 4/21/2008 |
| **CASE TITLE** | Michael Haffner vs. Duffy Trucking, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to the notice of voluntary dismissal without prejudice [12], this action is dismissed in it entirety without prejudice pursuant to Rule 41(a)(1)(I).  Any upcoming dates, motions, are moot and terminated.  Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|